Patrick Q. Hall, CA Bar No. 97019
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, California 92101
Telephone: (619) 268-4040
Facsimile: (619) 268-4041
pat@pqhlaw.com

Attorney for Defendant
SANDERS BRUCE SEGAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-01695-BEN-1 |
| Plaintiff, | |
| vs. | **INDEX OF EXHIBITS** |
| SANDERS BRUCE SEGAL, (1) | |
| Defendant. | |

INDEX OF EXHIBITS

    A.    Application for Order Authorizing the Interception of Wire and Electronic Communication, dated March 16, 2015;

    B.    Affidavit in Support of Application, dated March 16, 2015

    C.    Order Authorizing Interception of Wire and Electronic Communications, dated March 16, 2015;

    D.    Application for Order Authorizing the Interception of Wire and Electronic Communications; dated April 14, 2015;

16-CR-01695-BEN-1

E. Affidavit in Support of Application, dated April 14, 2015;

F. Order Authorizing Interception of Wire and Electronic Communications, dated April 14, 2015;

G. Application for Order Authorizing the Interception of Wire and Electronic Communications; dated July 10, 2015;

H. Affidavit in Support of Application, dated July 10, 2015;

I. Order Authorizing Interception of Wire and Electronic Communications, dated July 10, 2015;

J. Application for Order Authorizing the Interception of Wire and Electronic Communications; dated August 7, 2015;

K. Affidavit in Support of Application, dated August 7, 2015;

L. Order Authorizing Interception of Wire and Electronic Communications, dated August 7, 2015;

M. Affidavit in Support of Application, dated April 1, 1982;

N. Order for Inventory per 18 USC, Sec. 2518 (8)(d), dated October 21, 1982;

O. San Diego Police Department, Criminal Intelligence Unit, Intelligence Briefing;

P. FBI Report dated February 24, 2014

Q. Relevant Gaming Statutes

R. FBI Report, dated August 7, 2015;

S. FBI Report, dated August 17, 2015;

T. FBI Report, dated August 27, 2015;

U. FBI Report, dated August 31, 2015;

V. FBI Report, dated September 2, 2015;

W. FBI Report, dated September 3, 2015;

X. FBI Report, dated August 12, 2015;