# EXHIBIT O



## San Diego Police Department, Criminal Intelligence Unit
## Intelligence Briefing

(U//FOUO//LES)

**ENTERED BY:** Dan Vile

| | | | | |
|---|---|---|---|---|
| **Update:** | 1/29/2008 | *Strategic Need:* No | *Operational Need:* | No |
| **Time:** | 1:00 PM | *Operational lead:* No | *Lead or Need Due Date:* | |
| **Event:** | Served subpoena | | | |
| **Source:** | Union Bank of California | | | |
| **Type:** | Confidential | | | |
| **Case:** | Lucky Lady Card room Case | | | |
| **Project:** | ILLEGAL GAMBLING ORGANIZATION | | | |

### SYNOPSIS

### NARRATIVE:
Served subpoena on Union Bank of California for Segal and Darian's bank account. The account was closed for obvious structuring violations. The bank activity is very consistant with a bookmaking operation.

**ENTERED BY:** Dan Vile

| | | | | |
|---|---|---|---|---|
| **Update:** | 1/28/2008 | *Strategic Need:* No | *Operational Need:* | No |
| **Time:** | 3:12 PM | *Operational lead:* No | *Lead or Need Due Date:* | |
| **Event:** | Phone call | | | |
| **Source:** | Agent S. Epperson | | | |
| **Type:** | Confidential | | | |
| **Case:** | Lucky Lady Card room Case | | | |
| **Project:** | ILLEGAL GAMBLING ORGANIZATION | | | |

### SYNOPSIS

### NARRATIVE:
Received a message from California DOJ Agent Steve Epperson. He told me that Darian had a falling out with Stan Penn and has left Network M and the Lucky Lady. He is trying to get employment at the "Palomar Club" cardroom in San Diego.



Focus on Quality

Page 5 of 16

Date Printed: 3/12/2015



**San Diego Police Department, Criminal Intelligence Unit**

**Intelligence Briefing**

(U//FOUO//LES)

| | | | | | |
|---|---|---|---|---|---|
| **ENTERED BY:** | Dan Vile | | | | |
| **Update:** | 2/28/2008 | *Strategic Need:* | No | *Operational Need:* | No |
| **Time:** | 9:30 AM | *Operational lead:* | No | *Lead or Need Due Date:* | |
| **Event:** | Evidence Collected | | | | |
| **Source:** | Union Bank of California | | | | |
| **Type:** | Confidential | | | | |
| **Case:** | Lucky Lady Card room Case | | | | |
| **Project:** | ILLEGAL GAMBLING ORGANIZATION | | | | |

**SYNOPSIS**

**NARRATIVE:**

I received the bank records for Segal and Darian's UBOC account#0111948774. I also received account #0111949889 belonging to just Darian and account#0111896221 belonging to Darian and Mandy Vo.

| | | | | | |
|---|---|---|---|---|---|
| **ENTERED BY:** | Dan Vile | | | | |
| **Update:** | 3/26/2008 | *Strategic Need:* | No | *Operational Need:* | No |
| **Time:** | 7:00 AM | *Operational lead:* | No | *Lead or Need Due Date:* | |
| **Event:** | Computer work | | | | |
| **Source:** | Detective Dan Vile | | | | |
| **Type:** | Confidential | | | | |
| **Case:** | Lucky Lady Card room Case | | | | |
| **Project:** | ILLEGAL GAMBLING ORGANIZATION | | | | |

**SYNOPSIS**

**NARRATIVE:**

I spent a good portion of the week doing a financial analysis on the bank account belonging to Segal and Darian. Over the life of the account (16 months 12/05 to 04/07) $233,664.47 in cash was deposited into the account and $217,188.72 was either wired off shore or paid out to people here via cashiers checks. In preparation for Darian's interview, I discovered that in August of 2006 he started receiving the bank statements at his home. Segal had been receiving them prior to that. About $70,000 worth of the above activity was conducted while Darian was receiving the statements. Darian's attorney has already lied to me. He told me his client doesn't know that much because he never even saw the bank statements.



LSTV-REPORTS-004066

LSTV-REPORTS-004066



# San Diego Police Department, Criminal Intelligence Unit

## Intelligence Briefing

(U//FOUO//LES)

**ENTERED BY:** Dan Vile

| | | | | |
|---|---|---|---|---|
| **Update:** | 3/26/2008 | *Strategic Need:* No | *Operational Need:* | No |
| **Time:** | 11:00 AM | *Operational lead:* No | *Lead or Need Due Date:* | |
| **Event:** | Meeting | | | |
| **Source:** | Detective Dan Vile | | | |
| **Type:** | Confidential | | | |
| **Case:** | Lucky Lady Card room Case | | | |
| **Project:** | ILLEGAL GAMBLING ORGANIZATION | | | |

**SYNOPSIS**

**NARRATIVE:**

I was called up to the Chief's office to brief both Chief Lansdowne and Executive Chief Ramirez on the Sanders Segal case and Card rooms in general.

**ENTERED BY:** Dan Vile

| | | | | |
|---|---|---|---|---|
| **Update:** | 4/7/2008 | *Strategic Need:* No | *Operational Need:* | No |
| **Time:** | 3:00 PM | *Operational lead:* No | *Lead or Need Due Date:* | |
| **Event:** | Interview | | | |
| **Source:** | CI# 2008-0020 | | | |
| **Type:** | Confidential | | | |
| **Case:** | Lucky Lady Card room Case | | | |
| **Project:** | ILLEGAL GAMBLING ORGANIZATION | | | |

**SYNOPSIS**

**NARRATIVE:**

Interview of CI #2008-0020: CI #2008-0020 confirmed the suspicion that Segal and others are bookmaking out of the Lucky Lady Cardroom. He said they are taking action off of "betlion.com" and they are taking a 5% cut on all bets. CI #2008-0020 also detailed a loan sharking operation going on inside the cardroom. A woman who he only knows as "Jung" (nickname of the "Juice lady") is lending players inside the cardroom money to gamble. CI #2008-0020 said that the "Juice lady", though, is financially back by the cardroom itself. That is the Lucky Lady Cardroom is lending players money to gamble at the Lucky Lady. CI #2008-0020 is extremly nervous about talking to us because his wife is still working at the Lucky lady as a Dealer. CI #2008-0020 said that Segal has been calling him routinely asking about the investigation. Apparently CI #2008-0020's first lawyer, Geoffrey Morrison went to Segal and told him about the investigation. I have told CI #2008-0020 to lay low for a while and to tell anyone who asks that he had not seen me and I haven't tried to get a hold of him. CI #2008-0020 wants to sign up as an informant. He feels that would put him in a better position to give me information and have his identity protected. He fears that the Asian community would retaliate against him and his wife if it ever got out he was talking to us. I think we have a good opportunity to work CI #2008-0020,

