# EXHIBIT P

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication



**Title:** (U) Case opening communication.    **Date:** 02/24/2014

**CC:** Brett Fenoglio
John Joseph Smaldino
KHANH B. TANG
Melanie A. Nauman

**From:** SAN DIEGO
SD-OC1
**Contact:** Max A. Regula, 858-565-1255

**Approved By:** SSA Patrick Mark George

**Drafted By:** Max A. Regula

**Case ID #:** ███████████    (U) OPERATION LASTVEGAS

**Synopsis:** (U) To notify the San Diego division of the opening of a full investigation on Stanley Samuel Penn, et al, at the Lucky Lady Card Room, San Diego, CA.

**Full Investigation Initiated:** 02/24/2014

**Details:**

   On 01/22/2014, Special Agent Max A. Regula, Federal Bureau of Investigation (FBI), San Diego Division, met with Detective Dan Vile, San Diego Police Department (SDPD), to make observation of and brief the SDPD's historic and long-term acquisition of intelligence regarding the illegal bookmaking operations of Stanley Samuel Penn, as well as his associates and other co-conspirators, at the Lucky Lady Card Room, 5526 El Cajon Boulevard, San Diego, CA 92115. Detective Vile advised that Penn, a documented crime figure in San Diego, was the owner of the Lucky Lady and with employee Ut "Danny" Huynh, operated an on-line and web-based sports bookmaking operation from the card room. The SDPD's intelligence regarding the Lucky Lady dated back to the mid-2000s, when the SDPD developed a confidential informant (CI) who was recruited by

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U) Case opening communication.
Re:  ▮▮▮▮▮▮▮▮▮▮  02/24/2014

Penn to open a bank account in San Diego for the purpose of channeling illegal gambling winnings and losses from Penn to Huynh, to an account in Costa Rica, to avoid law enforcement detection. The CI, hereinafter to be referred to as an FBI Confidential Human Source (CHS), is opened and operated jointly by the SDPD and FBI, and has been de-briefed regarding Penn and the Lucky Lady. The CI advised that Penn continues to operate the illegal sports gambling operation at the Lucky Lady, and that Huynh is the primary "bookie" for the operation.

LSTV-REPORTS-003673

LSTV-REPORTS-003673