# Exhibit S

FD-302 (Rev. 5-8-10)



OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/25/2015

   On August 17, 2015 the undersigned, acting in his capacity as a San
Diego Police Department (SDPD) Detective, and portraying his purpose as to
obtain information on behalf of the SDPD regarding the operation of card
rooms in the City of San Diego, had a meeting with STANLEY PENN, born
11/19/1937, at the Lucky Lady Sports bar, located at 5526 El Cajon
Boulevard in the City of San Diego. During the meeting the following
conversation ensued:

   *The below is an interview summary. It is not intended to be a verbatim
account and does not memorialize all statements made during the interview.
Communications by the parties in the interview room were electronically
recorded. The recording captures the actual words spoken.*

   Essentially, discussed at the meeting was a bank account that had been
opened and operated by CHS and SANDERS SEGAL during 2006 and 2007. The
undersigned lead PENN to believe that he (the undersigned) was only aware
of the CHS' involvement with the account. The undersigned stated that there
was numerous transactions in that account to make the undersigned believe
that it was being used for illegal gambling. PENN stated to the undersigned
that it could have been either on-line poker play of sports betting. PENN
then admitted to the undersigned that he used to bet on line, but not with
the CHS.

   PENN then explained he had only been arrested twice before in his life.
Once in 1974 he said that he was entrapped and arrested for prostitution,
drugs and bookmaking. He said he was never convicted and the arrest was
thrown out. He then said in 1984 he was arrested for illegal gambling, this
time for giving someone money to bet on a horse race for him.

   PENN gave the undersigned the CHS'S phone number, 760-802-5804, and told
him (the undersigned) that he (PENN) hadn't seen the CHS for about three
months, when the CHS came in to play poker. PENN then told the undersigned

---

| | | |
|---|---|---|
| Investigation on | 08/17/2015 at | San Diego, California, United States (In Person) |
| File # | ███████ -302, ████████1 | Date drafted   08/18/2015 |
| by   Daniel Vile | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

LSTV-REPORTS-000957

FD-302a (Rev. 05-08-10)

████████-302

Continuation of FD-302 of  August 17, 2015 Meeting between Detective
Dan Vile and STANLEY PENN _____ ,On 08/17/2015 ,Page  2 of 2

that he might have given the CHS some money for his on-line poker playing,
referring to the bank accounts from 2006-2007.

The above conversation was recorded. Following the meeting, the
recording device was submitted to ELSUR as **1D66.**