# Exhibit T

FD-302 (Rev. 5-8-10)  -1 of 1-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  09/10/2015

On August 27, 2015 the undersigned, acting in his capacity as a San Diego Police Department (SDPD) Detective, and portraying his purpose as to obtain information on behalf of the SDPD regarding the operation of card rooms in the City of San Diego, had a phone conversation with STANLEY PENN, born 11/19/1937.

*The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.*

Essentially, the undersigned asked PENN who "did the books for the Lucky Lady Card Room." Penn said he had an accountant do his taxes. The undersigned asked PENN who did the day to day accounting for the business and the transactions with the bank. PENN said it was himself and "Jan" (referring to Jan Beverley).

The undersigned told PENN he would like to meet with PENN to discuss the Lucky Lady bank accounts, that the undersigned had a lot of questions as to the reason the Lucky Lady had so many of them (bank accounts). PENN became a little upset but agreed to meet with the undersigned on Monday, August 31, 2015. PENN iterated he wanted to be totally cooperative and open. PENN tried to explain over the phone why there were so many accounts.

The above conversation was recorded. Following the meeting, the recording device was submitted to ELSUR as 1D70.

Investigation on  08/27/2015  at  San Diego, California, United States (Phone)

File #  ▮▮▮▮▮▮▮▮▮▮-302, ▮▮▮▮▮▮▮▮▮  Date drafted  08/27/2015

by  Daniel Vile

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.