# Exhibit U



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  09/10/2015

On August 31, 2015 the undersigned, acting in his capacity as a San Diego Police Department (SDPD) Detective, and portraying his purpose as to obtain information on behalf of the SDPD regarding the operation of card rooms in the City of San Diego, had a meeting with STANLEY PENN, born October 24, 1957, and JAN BEVERLEY, born ▮▮▮▮▮▮▮7, at the Lucky Lady card room located at 5526 El Cajon Boulevard in the City of San Diego. During the meeting the following conversation ensued:

*The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.*

Essentially, discussed during the meeting was the financial operations of the Lucky Lady Card Room.

PENN asked if the undersigned had spoken with the California State Department of Justice's (CA DOJ) Gambling Division (referred to as "the division) about how card rooms in California work. The undersigned told PENN, he had not.

PENN then named all the bank accounts that are currently being used by the Lucky Lady Card Room, as follows;

1. Chips account
2. Players account
3. Payroll account
4. ATM account
5. Cash account
6. Business account
7. Personal account
8. Christmas account

Investigation on 08/31/2015 at San Diego, California, United States (In Person)

File # ▮▮▮▮▮▮▮-302, ▮▮▮▮▮▮▮  Date drafted 09/01/2015

by Daniel Vile

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

▓▓▓▓▓▓▓▓▓▓-302

Continuation of FD-302 of  August 31, 2015 Meeting between SDPD Detective Dan Vile and STANLEY PENN ,On  08/31/2015 ,Page  2 of 4

Both PENN and BEVERLEY then explained how the money flowed within the Lucky Lady Card Room. (Investigator's note: Customers buy chips. Customers play the games in the card room with chips. Customers either win or lose chips during play. Customers may cash their chips in at the Lucky Lady card room whenever they like.)

PENN and Beverley went on to explain that there are two distinct, major categories of gambling occurring in the card room, "Table games" and "Poker."

Players of table games and poker pay to the card room what is referred to as "The Collection" for each hand they play. On the poker side of the business, the "collection fee" is referred to as "The Drop."

TABLE GAMES:

The table games are Pai Gow, Black Jack, Three Card Poker and Baccarat. These games require the presence of a "Third Party Proposition Player," who acts as the "Banker" for each hand played at the table. Each player in the game has to pay a "fee" to the card room for each hand they pay. That fee is a sliding scale fee, based on how much the player is wagering. At the Lucky Lady, that player fee is paid for by the Third Party Proposition Corporation operating at the card room.

POKER:

In poker, there is no third party proposition player present. Players compete against each other. The collection, or the "drop" collected by the card room is determined by the number of players in that particular poker game. One (1) to three (3) players in a game, the drop is one dollar ($1.00) a hand. Four (4) to six (6) players in a game, the drop is three dollars ($3.00) per, per hand. Seven (7) to nine (9) players in a game calls for a five dollar ($5.00) drop which is the maximum allowable collection for a card room.

Dealers are responsible for collecting chips lost by customers during play. Those chips are put into a locked metal container. The metal containers are collected twice a day by a security guard and taken to the "Accounting Room." On the following morning two authorized employees (Cashiers and Security Guards are the only authorized personnel) count the chips and make an accounting of them. The chips are then returned to the "cage" and made available for customers once again. There are four (4) cashiers and two Security guards who can do this work. There are on a rotating schedule for this duty.

▅▅▅▅▅▅▅▅▅-302

Continuation of FD-302 of  August 31, 2015 Meeting between SDPD Detective Dan Vile and STANLEY PENN   ,On  08/31/2015   ,Page  3 of 4

PENN and BEVERLEY then explained to the undersigned what the different accounts were for.

CHIPS ACCOUNT: The Chips account must have an amount of money in the account to be able to cover every chip that the Lucky lady has. There should be no transactions in this account and should, almost always, stay the same. PENN said they did up it one time.

PLAYERS ACCOUNT: This account must have enough money in it to cover the amount of money the Lucky Lady may be holding for a customer. This service is called a "Players Account" and was described to the undersigned as such; If a player wins a lot of money and doesn't wish to carry it around with him/her, that player then may have a "players account in where the Lucky Lady will issue a document stating that the business is in possession of the customers money. This document is referred to as a "marker." The player may retrieve his/her money at any time. According to PENN the only players account in existence at the Lucky lady now is the third party corporation's players account.

PAYROLL ACCOUNT: PENN stated that he has a company write all of the payroll checks for his employees. This account holds the money to cover those checks. PENN stated that the Lucky lady Cage does cash some of the employees payroll checks, as long as its under one thousand dollars ($1000).

CASH ACCOUNT: This account is where all the business proceeds gets deposited into and where all other accounts get funded from. It is essentially the distribution account for all of the other Lucky Lady accounts.

ATM ACCOUNT: The Lucky Lady contracts with another company to keep the ATM full with money. This account is used for that purpose. it is essentially a "pass through" account." In exchange for keeping the machines full, the company pays the Lucky Lady a small fee. PENN stated they do this mostly for the convenience of their customers.

BUSINESS ACCOUNT: The business account gets funded by the cash account and is used for all business ▅▅▅▅▅ expenses.

PERSONAL ACCOUNT: This account is funded by the cash account and is for the sole personal use of STANLEY PENN.

The undersigned then engaged PENN in another discussion about the Union Bank of California account that had been opened by SANDERS SEGAL and CHS back in 2005. PENN stated he had nothing to do with that account. PENN said

FD-302a (Rev. 05-08-10)

█████████-302

Continuation of FD-302 of  August 31, 2015 Meeting between SDPD Detective Dan Vile and STANLEY PENN  , On  08/31/2015  , Page  4 of 4

he played online poker back then, when it was legal. He said he only played on the "free" side, meaning there was no gambling involved with the play of the poker game.

PENN stated he had no recollection of a check for seven thousand dollars ($7000) being issued to him from that account.

PENN said he knew DAVE KENLY, that KENLY was from Arizona and was involved with race horses. he said that KENLY comes to Del-Mar every Summer for the races. he said KENLY is a heavy bettor on everything, sports horses, etc..

PENN said that DAVE MIKOVICH was his best friend and they used to live together. He said that MIKOVICH was also a heavy gambler.

PENN stated he did not know JOE CASTELEO or BALLESTERO FRECH.

PENN stated that the account was all of the CHS' (he used the CHS' name, but it is omitted here) doing and that the CHS had nothing to do with the Lucky Lady Card Room.

The above conversation was recorded. Following the meeting, the recording device was submitted to ELSUR as 1D72.