# Exhibit V

FD-302 (Rev. 5-8-10)

-1 of 1-



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/18/2015

On September 3, 2015 the undersigned, acting in his capacity as a San Diego Police Department (SDPD) Detective, and portraying his purpose as to obtain information on behalf of the SDPD regarding the operation of card rooms in the City of San Diego, drove to the Lucky Lady card room located at 5526 El Cajon Boulevard in the City of San Diego at about 1730 hours and picked up an "employee list."

The list was left at the card room, inside the money cage, for the undersigned by the owner of the card room, STANLEY PENN. PENN had earlier informed the undersigned, via phone, that the list could be picked up there.

The list was in an envelope labeled, "Dan Vile." Inside the envelope is a two page document, listing sixty seven (67) names. Notably missing from the list was the name of "SANDERS SEGAL."

The original envelope and document were scanned and added as a digital 1A attachment to this 302. The original envelope and document are also attached as a physical 1A attachement.

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 09/03/2015 at San Diego, California, United States (In Person) | | |
| File # | ▇▇▇▇▇▇▇▇▇▇-302, ▇▇▇▇▇▇▇▇ | Date drafted | 09/14/2015 |
| by | Daniel Vile | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.