# Exhibit W

DAN VILE

LSTV-REPORTS-001034

Lucky lady Employee List

1. Debbie Bailey
2. Nick Benedict
3. Maryann Bergen
4. Andrew Beverley
5. Jim Bui
6. Quyen Bui
7. Jeff Burke
8. Terri Caldwell
9. Christine Clark
10. Dina Dao
11. Rhonda Don
12. Kat Drouse
13. Jennifer Duong
14. Ratana Duong
15. Diana Feldman
16. Nancy Haema
17. Yari Hing
18. Vu Huan
19. C.K Khiaw
20. Kevin Lu
21. Jolin Ly
22. Ken Ly
23. Ambrosha Martinez
24. Sunni Minn
25. Merlita Newcomer
26. Anh Nguyen
27. David Nguyen
28. Jenny Nguyen
29. Vivian Nguyen
30. Dien Van
31. Jeanette Peneranda
32. Eva Perez
33. Denise Pyle
34. Annesane Rajvong
35. Diana Ramirez
36. Khoi Ross
37. Grace Sheasby
38. Kathy Southivong
39. Alex Stepanian
40. Trina Stephano
41. Anthony Sun
42. Kristi Tong
43. Jenny Tran