# Exhibit X

FD-302 (Rev. 5-8-10)

-1 of 1-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   08/25/2015

On August 12, 2015 the undersigned, acting in his capacity as a San Diego Police Department (SDPD) Detective, and portraying his purpose as to obtain information on behalf of the SDPD regarding the operation of card rooms in the City of San Diego, had a meeting with DANNY HUYNH, born 4/5/1959, at HUYNH'S residence, located at 3222 Altadena Avenue in the City of San Diego. During the meeting the following conversation ensued:

*The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.*

Essentially, discussed at the meeting was HUYNH'S dismissal from the Lucky Lady card room for harassment. HUYNH said he was fired for harassing some female employee's there. He said he never harassed anyone but, he never stood a chance since one of the women complaining about him was STANLEY PENN'S girlfriend, "Mai." STANLEY PENN is the owner of the Lucky Lady Card Room.

HUYNH stated that the $21,000 dollars in cash he had reported stolen during a burglary of his home on May 2, 2014 was cash he used to gamble with. He stated he didn't like to have to run back and forth to the bank for his funds to gamble with.

HUYNH said he never took any bets from anyone while working at the Lucky Lady. Nor did he know anyone that did. He did say that a lot of customers there would bet on sports but he didn't know who was taking the bets.

The above conversation was recorded. Following the meeting, the recording device was submitted to ELSUR as **1D65**.

Investigation on  08/12/2015  at  San Diego, California, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮-302, ▮▮▮▮▮▮▮▮▮     Date drafted  08/18/2015

by  Daniel Vile

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.